**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 98-1071**

---

GAIL W. GODWIN,

                              Plaintiff - Appellant,

      versus

JUMBO SPORT, formerly known as Richmond Sports,

                              Defendant - Appellee.

---

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond. James R. Spencer, District Judge. (CA-97-669-3)

---

Submitted: March 26, 1998          Decided: April 9, 1998

---

Before WIDENER and MOTZ, Circuit Judges, and BUTZNER, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Gail W. Godwin, Appellant Pro Se. Curtis McKinley Hairston, Jr., WILLIAMS, MULLEN, CHRISTIAN & DOBBINS, Richmond, Virginia, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order dismissing her claims of harassment and religious discrimination. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Godwin v. Jumbo Sport</u>, No. CA-97-669-3 (E.D. Va. Dec. 18, 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>